# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOMINO'S PIZZA FRANCHISING LLC, a Delaware limited liability company; and DOMINO'S PIZZA MASTER ISSUER LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CALVIN YEAGER, an individual; VALLEY PIZZA, INC., a Nevada corporation; and LAKESIDE PIZZA, INC., a California corporation,<br><br>Defendants. | CASE NO. 3:10-CV-560-HDM-RAM<br><br>**ORDER GRANTING MOTION TO ENFORCE JUDGMENT** |

This Court having considered the Motion to Enforce Judgment Pursuant to FRCP 70 and/or FRCP 71, hereby finds that Matthew Mattlock, Melissa Yeager and/or Pronto Pizza, Inc. have been acting in concert or privity with defendants in failing to comply with the post-term obligations contained in the Franchise Agreements between plaintiffs and defendants, and have been acting in concert or privity with defendants in failing to comply with the Injunction Order and Final Judgment, and good cause appearing;

IT IS HEREBY ORDERED that Matthew Mattlock, Melissa Yeager and/or Pronto Pizza, Inc. are to: (1) transfer the telephone number 775-265-2929 to plaintiffs by completing the attached "Authorization for Transfer of Service and Telephone Numbers" Form and returning it to plaintiffs; and (2) return the Operations Manual and Customer List to plaintiffs.  The attached Form, Operations Manual, and Customer List shall be returned to counsel for plaintiffs at 50 West Liberty Street, Suite 950, Reno, Nevada 89501.

IT IS FURTHER ORDERED that compliance with the Order must be made within forty-five (45) days of receipt of service of this Order.

DATED this 18th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

Store #7415

## AUTHORIZATION FOR TRANSFER OF SERVICE AND TELEPHONE NUMBERS

To _____
    [Print Name of Phone Company]

    The undersigned Releasing Business agrees to the transfer of the undersigned's service and telephone numbers: _____
and all services associated with and credited to or billed against these telephone numbers to Domino's Pizza Master Issuer, LLC, or its designee, effective: _____ .
By doing so, the undersigned subscriber relinquishes all future claims to these numbers.

    The undersigned Releasing Business further agrees that the phone company is free to release any information regarding this service to authorized representatives of the assuming business including any details necessary to substantiate any charges for which assuming business may be liable.

Billing name of Releasing Business: _____ .

Authorized Signature      By: _____

Dated:      _____, 2010

Phone Company Representative: _____
                                          (Print Name)