**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOMINO'S PIZZA FRANCHISING LLC, a Delaware limited liability company; and DOMINO'S PIZZA MASTER ISSUER LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>CALVIN YEAGER, an individual; VALLEY PIZZA, INC., a Nevada corporation; and LAKESIDE PIZZA, INC., a California corporation,<br><br>        Defendants. | 3:10-cv-00560-HDM-RAM<br><br>ORDER |

    Before the court is plaintiffs' motion for an order to show cause as to why Matthew Mattlock, Melissa Yeager, and Pronto Pizza, Inc. should not be held in contempt of court (Docket No. 19).

    The court finds that good cause appears for granting plaintiffs' motion for an order to show cause (Docket No. 19). Therefore, the court GRANTS the motion (Docket No. 19), and orders that Matthew Mattlock, Melissa Yeager, and Pronto Pizza shall

1

appear before this court on Tuesday, May 31, 2011, at the time of 9:15 a.m., to show cause , if any, as to why Matthew Mattlock, Melissa Yeager, and Pronto Pizza should not be found guilty of contempt of court and sanctioned for violating this court's November 18, 2010 order (Docket No. 12) by failing to: (1) transfer the telephone number 775-265-2929 to plaintiffs by completing the "Authorization for Transfer of Service and Telephone Numbers" form and returning it to plaintiffs, and (2) return the Operations Manual and Customer List to plaintiffs within forty-five (45) days of receipt of service of the November 18, 2010 order (Docket No. 12).

The plaintiffs shall serve a copy of this order, by personal service, on Matthew Mattlock, Melissa Yeager, and Pronto Pizza on or before Wednesday, May 18, 2011.  Proof of such personal service shall be filed with the court prior to the hearing on May 31, 2011.

**IT IS SO ORDERED.**

DATED: This 3rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE