**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOMINO'S PIZZA FRANCHISING LLC, a Delaware limited liability company; and DOMINO'S PIZZA MASTER ISSUER LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>CALVIN YEAGER, an individual; VALLEY PIZZA, INC., a Nevada corporation; and LAKESIDE PIZZA, INC., a California corporation,<br><br>        Defendants. | 3:10-cv-00560-HDM-RAM<br><br>ORDER |

On August 9, 2011, related party Matthew Matlock filed for Chapter 13 bankruptcy in the District of Nevada. On August 16, 2011, named defendant Calvin Yeager filed Chapter 13 bankruptcy in the Eastern District of California. On August 22, 2011, both Yeager and Matlock filed notices of a stay of proceedings (#40, 41) with this court.

Under 11 U.S.C. § 362(a)(1), a bankruptcy petition operates as

1

1  an automatic stay of the commencement or continuation of a judicial
2  proceeding against the debtor that was or could have been commenced
3  before the bankruptcy petition. *See* 11 U.S.C. § 362(a)(1). The
4  automatic stay is "intended to preserve the status quo and provide
5  a debtor with a breathing spell from its creditors, while
6  simultaneously preventing creditors from racing to various
7  courthouses to pursue independent remedies against a debtor." *In
8  re Way*, 229 B.R. 11,13 (9th Cir. BAP 1998) (*citing Dean v. Trans
9  World Airlines, Inc.*, 72 F.3d 754, 755-56 (9th Cir. 1995).).
10         Accordingly, all proceedings are hereby STAYED against Calvin
11 Yeager and Matthew Matlock until further order of the court.
12         In light of these developments, the hearing on plaintiffs'
13 motion to enforce judgment (#7) scheduled for August 23, 2011, at
14 11 a.m. is hereby VACATED. Should plaintiffs elect to proceed
15 against the corporate defendants, plaintiffs may petition the court
16 for a new hearing date.
17    **IT IS SO ORDERED.**
18    DATED: This 22nd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

2