**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOMINO'S PIZZA FRANCHISING LLC, a Delaware limited liability company; and DOMINO'S PIZZA MASTER ISSUER LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CALVIN YEAGER, an individual; VALLEY PIZZA, INC., a Nevada corporation; and LAKESIDE PIZZA, INC., a California corporation,<br><br>　　　　　Defendants. | 3:10-cv-00560-HDM-RAM<br><br>ORDER |

On June 10, 2011, defendants filed a motion to dismiss. (Docket No. 28)  The motion to dismiss argues: (1) this court does not have personal jurisdiction over Matthew Matlock and Pronto Pizza because these parties were not properly served with plaintiffs' motion to enforce judgment (Docket No. 7); (2) defendant Calvin Yeager is bankrupt and the Michigan judgment against him is void; (3) the dissolution of Valley Pizza voids the

1

judgment against it; and (4) the defendants are entitled to attorneys fees.

On June 21, 2011, the court vacated its order (Docket No. 12) granting plaintiffs' motion to enforce judgment (Docket No. 7), ordered re-service of the motion to enforce judgment to Robert Huckaby on behalf of the named defendants and Matthew Matlock and Pronto Pizza, and reset the hearing on plaintiffs' motion to enforce judgment for July 21, 2011. (See June 21, 2011 Minutes) The court also deferred ruling on defendants motion to dismiss (Docket No. 28). *Id.*

The defendants were re-served with the motion to enforce judgment. (See Docket Nos. 32, 38 and 39)  The July 21, 2011 hearing was continued until August 23, 2011.

On August 22, 2011, Calvin Yeager and Matthew Matlock filed separate notices of bankruptcy. (Docket Nos. 41 and 40 respectively)  Accordingly, the court stayed all proceedings on August 22, 2011 and vacated the court's August 23, 2011 hearing. (Docket No. 42)

On September 7, 2011, the court denied without prejudice and with leave to renew plaintiffs' motion to enforce judgment. (Docket No. 44)

Based on the foregoing, defendants' motion to dismiss (Docket No. 28) is hereby DENIED as moot.

**IT IS SO ORDERED.**

DATED: This 4th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE