**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOMINO'S PIZZA FRANCHISING LLC, a Delaware limited liability company; and DOMINO'S PIZZA MASTER ISSUER LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>CALVIN YEAGER, an individual; VALLEY PIZZA, INC., a Nevada corporation; and LAKESIDE PIZZA, INC., a California corporation,<br><br>        Defendants.<br>_____ | 3:10-cv-00560-HDM-WGC<br><br><br>ORDER |

   On August 22, 2011, based on notices of bankruptcy stays (#40, 41), this court stayed all proceedings against defendants Calvin Yeager and Matthew Matlock until further order of the court. (#42)

   On December 14, 2011, plaintiffs filed two "notice[s] of orders granting motion for relief from stay" concerning defendants

1

Calvin Yeager (#47) and Matthew Matlock (#48).  The automatic stays in Yeager and Matlock's respective bankruptcy proceedings have been terminated.  Accordingly, the stay in this action is vacated.

**IT IS SO ORDERED.**

DATED: This 15th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE