**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOMINO'S PIZZA FRANCHISING, LLC, a Delaware limited liability company; and DOMINO'S PIZZA MASTER ISSUER LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CALVIN YEAGER, an individual; VALLEY PIZZA, INC., a Nevada corporation; and LAKESIDE PIZZA, INC., a California corporation,<br><br>　　　　Defendants. | 3:10-cv-00560-HDM-WGC<br><br><br>ORDER |

　　　This court, having previously issued an order on February 16, 2012 (#70), ordering that the telephone numbers (775)265-2929 and (530)543-1235 were to be transferred by Calvin Yeager and Matthew Matlock to plaintiffs Domino's Pizza Franchising, LLC and Domino's Master Issuer, LLC (collectively, "Domino's") within ten (10) legal days of the date of its order, and having been informed by Domino's

1

1  that said transfers have not taken place, and good cause appearing:
2      IT IS HEREBY ORDERED that Domino's is the owner of telephone
3  numbers (775)265-2929 and (530)543-1235.
4      IT IS FURTHER ORDERED that Domino's may apply to telephone
5  carrier Frontier Communications for the purpose of securing a
6  transfer of telephone number (775)265-29229 to Domino's.
7      IT IS FURTHER ORDERED that Domino's may apply to the telephone
8  carrier AT&T for the purpose of securing a transfer of telephone
9  number (530)543-1235 to Domino's.
10     **IT IS SO ORDERED.**
11     DATED: This 6th day of March, 2012.

*Howard D McKibben*
UNITED STATES DISTRICT JUDGE