**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOMINO'S PIZZA FRANCHISING, LLC, a Delaware limited liability company; and DOMINO'S PIZZA MASTER ISSUER LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>CALVIN YEAGER, an individual; VALLEY PIZZA, INC., a Nevada corporation; and LAKESIDE PIZZA, INC., a California corporation,<br><br>        Defendants.<br>_____ | 3:10-cv-00560-HDM-WGC<br><br><br>AMENDED ORDER |

This court's March 6, 2012 order (#72) is hereby amended to reflect the following changes:

Page 2, line 6 is hereby amended to reflect the correct telephone number as (775)265-2929. The previous order identified the telephone number as (775)265-29229.

In all other respects, the March 6, 2012 order (#72) is reconfirmed.

**IT IS SO ORDERED.**

DATED: This 8th day of March, 2012.

Howard D McKibben
_____
UNITED STATES DISTRICT JUDGE

1